IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL VALDEZ-MEDINA,

    Defendant.

Case No. 3:16-cr-3

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 24)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #24), to whom this case was referred pursuant to Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 19, 2016 (Doc. #24) is **ADOPTED** in full;

2. The Court **ACCEPTS** Defendant's guilty plea; and

3. Defendant is found guilty as charged in Count One of the Information.

Date: 3-31-16

WALTER H. RICE
UNITED STATES DISTRICT JUDGE