IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  : Case No. 3:16-cr-003

            District Judge Walter Herbert Rice
- vs -          Magistrate Judge Michael R. Merz

MANUEL VALDEZ-MEDINA,

      Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 5, 2013, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Report and Recommendations be ADOPTED and Defendant's Request for the Court to furnish him with documents for free be DENIED.

December 5, 2016.

                     Walter Herbert Rice
                     United States District Judge